```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

JESUS RIVERA,

     -against-                                       16-CV-5238 (KMW)

UNITED STATES OF AMERICA,                      **ORDER**

     Defendant.

--------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

On July 8, 2022, the Court denied Mr. Rivera's motion to amend his 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence. (ECF No. 21.) Because Mr. Rivera's claims are meritless, and because he has not made a substantial showing of the denial of a constitutional right, the Court denies a certificate of appealability as to Mr. Rivera's motion to amend. The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Rivera.

     SO ORDERED.

Dated:  New York, New York
           November 21, 2022                         */s/ Kimba M. Wood*
                                                                KIMBA M. WOOD
                                                  United States District Judge